IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOY E. BLEDSOE,<br><br>   Plaintiff,<br><br> v.<br><br>DEPARTMENT OF THE ARMY, et al.,<br><br>   Defendants. | Case No. 1:24-cv-3509 (BAH) |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joy E. Bledsoe, by and through her counsel, hereby gives notice of her voluntary dismissal of this case. Defendants have not yet served an answer or moved for summary judgment. Under Rule 41(a)(1)(B), such dismissal is without prejudice.

Dated: January 22, 2025

Respectfully submitted,

*/s/* Seth Wayne
Seth Wayne
 DC Bar No. 888273455
William Powell
 DC Bar No. 1672707
INSTITUTE FOR CONSTITUTIONAL
ADVOCACY & PROTECTION
Georgetown Law
600 New Jersey Ave. NW
Washington, D.C. 20001
Phone: (415) 516-4939
sw1098@georgetown.edu
william.powell@georgetown.edu

Abby E. Lemert
 D.C. Bar No. 90034938

AbbyL@salahilaw.com
SALAHI PC
505 Montgomery St., 11th Floor
San Francisco, CA 94111
Tel: (415) 236-2352

*Counsel for Plaintiff Joy E. Bledsoe*